## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br><br>Plaintiff,<br><br>-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO, and PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br><br>Defendants. | Case No. |

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Marcelo M. Blackburn, the applicant herein (the "Applicant") and respectfully states:

1.  The Applicant is an attorney and counsel with the law firm of Norton Rose Fulbright US LLP ("Norton Rose"), with offices at:

| Address | 1301 Avenue of the Americas<br>New York, New York 10019-6022 |
|---|---|
| Email | marcelo.blackburn@nortonrosefulbright.com |
| Telephone No. | 212-408-8050 |
| Fax No | 212-541-5369 |

2.  The Applicant will sign all pleadings with the name Marcelo M. Blackburn.

3.  Norton Rose has been retained by the Autonomous Municipality of San Juan to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.  Since July 2005, the Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where the Applicant regularly practices law. The Applicant's bar license number is 4319802.

5.  The Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
| --- | --- |
| U.S. Court of Appeals for the Second Circuit | 2010 |
| U.S. District Court for the Eastern District of New York | 2016 |
| U.S. District Court for the Southern District of New York | 2016 |

6.  The Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  The Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.  The Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.  During the past three years, the Applicant has not filed an application for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with the Applicant in this matter are as follows:

| Name: | Raúl S. Mariani Franco |
| --- | --- |
| USDC-PR Bar No. | 210309 |
| Address: | P.O. Box 9022864<br>San Juan, P.R. 00902-2864 |
| Email: | marianifrancolaw@gmail.com |
| Telephone No. | 787-620-0038 |
| Fax No. | 787-620-0039 |

11. Applicant has read the local rules of this Court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, the Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date:   New York, New York
       July 26, 2017

_____
Marcelo M. Blackburn

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the

designation of local counsel of record for all purposes.

Date:   San Juan, Puerto Rico
        July 26, 2017

/s/ Raúl S. Mariani Franco

_____

Raúl S. Mariani Franco
USDC-PR Bar No. 210309

I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a

$300.00 *pro hac vice* admission fee.

_____
Marcelo M. Blackburn

## ORDER

The Court, having considered the above Application for Admission *pro hac vice*, orders that:

☐      the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐      the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of  July, 2017.

_____
U.S. DISTRICT JUDGE