IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br><br>                         Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, and PUERTO RICO FISCAL AGENCY & FINANCIAL ADVISORY AUTHORITY,<br><br>                         Defendants. | Case No. 3:17-cv-02009 |

## **ORDER**

Having reviewed *Defendants' Response To The Municipalities Of Juana Diaz And Cabo Rojo's Motion To Request That The Pending Motions To Intervene Be Adjudicated Prior To The Pending Dispositive Motions* (Dkt. No. 71), this Court acknowledges that "Defendants are in the process of reaching out to the putative intervenors…about a proposal to voluntarily resolve their pending motions." To allow for such efforts, and in light of Plaintiff's intent to file an amended complaint (see Dkt. No. 70), the Court will withhold decision on the motions to intervene (Dkt. Nos. 15, 17, 19, 20, 21 (the "Intervention Motions")) until it hears further from either the parties to the above-captioned proceeding or any of the moving municipalities.

Defendants shall inform the Court on the status of voluntary resolution of the Intervention Motions by **October 9, 2017**.  This Court is mindful of the current crisis in Puerto Rico and of the likelihood that there will be a delay in reaching the proposed resolution.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  September 28, 2017